IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 08-cv-00441-REB-BNB

CENTER FOR NATIVE ECOSYSTEMS,

Plaintiff,

v.

DIRK A. KEMPTHORNE, Secretary of the Department of the Interior, and
U.S. FISH AND WILDLIFE SERVICE,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised proposed scheduling order, modified as discussed at the conference this morning, on or before **May 27, 2008**.

IT IS FURTHER ORDERED that the revised proposed scheduling order shall contain the following dates and deadlines:

> Discovery Cut-Off: **November 14, 2008**
>
> (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)
>
> Dispositive Motions Deadline: **December 15, 2008**
>
> Expert Disclosures: **There will be no expert witnesses.**

Final Pretrial Conference: A final pretrial conference will be held in this case on **February 12, 2009, at 8:30 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **February 5, 2009**.

Dated May 12, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge