IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00441-REB-BNB

CENTER FOR NATIVE ECOSYSTEMS,

Plaintiff,

v.

DIRK A. KEMPTHORNE, Secretary of the Department of the Interior, and
U.S. FISH AND WILDLIFE SERVICE,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the filing of the **Settlement Agreement** [docket no. 23],

      IT IS ORDERED that the Motions Hearing set for October 1, 2008, is VACATED and the **Motion to Limit Review to the Record** [docket no. 16] is DENIED AS MOOT.


DATED:  September 25, 2008