FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-00441-REB-BNB

CENTER FOR NATIVE ECOSYSTEMS,

    Plaintiff,

v.

DIRK A. KEMPTHORNE, Secretary of the Department of the Interior, and
U.S. FISH AND WILDLIFE SERVICE,

    Defendants.

# ORDER

**Blackburn, J.**

This matter is before me for consideration of the parties' **Stipulated Settlement** [#23], filed September 23, 2008. Having reviewed the file, the record, and the agreement, I find and conclude that the agreement should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulated Settlement** [#23], filed September 23, 2008, is **APPROVED**, and its terms and provisions are implemented effective forthwith, with each party to perform all relevant terms of the agreement;

2. That with the approval of the magistrate judge, the order of reference [#17], regarding **Defendants' Motion (1) To Limit Review to the Record (2) for Protective Order Precluding Discovery and (3) for Entry of Schedule Consistent With Olenhouse** [#16], filed June 10, 2008, is **WITHDRAWN**, and the apposite motion is **DENIED AS MOOT**; and

3. That all counts of the Complaint are **DISMISSED WITH PREJUDICE**, and this case is **CLOSED**.

Dated September 25, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**